MELINDA HAAG (CABN 162132)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
   Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-6740
   E-Mail: Kathryn.Haun@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: CR 11-0201 RS |
|    Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM APRIL 12, 2011 TO MAY 10, 2011 |
| WALTER BONILLA, ) | |
|    a/k/a Cartoon ) | |
|    Defendant. ) | |

     The parties appeared before the Honorable Richard Seeborg on April 12, 2011. On the motion of the defendant, and with no objection from the government, the Court found and held as follows:

     1. An exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from APRIL 12, 2011 TO MAY 10, 2011, is necessary in light of the need for effective preparation of the case by defendant's counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to conduct further investigation.

     2. Given these circumstances, the Court found that the ends of justice served by excluding the period from APRIL 12, 2011 TO MAY 10, 2011, outweigh the best interest of the

[PROPOSED] ORDER EXCLUDING TIME
CR 11-0201 RS

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

      3. Accordingly, and with the consent of the defendant, the Court ordered that the period from APRIL 12, 2011 TO MAY 10, 2011, was excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED: April 12, 2011

                                                  /s/
                                  KATHRYN R. HAUN
                                  Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 4/13/11                           _____
                                         THE HON. RICHARD SEEBORG
                                         United States District Court Judge